IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**

**1:20 pm Feb 02 2023**

**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:23-cr-00017 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| Jugoslav Vidic, | ) | |
| Defendant. | ) | **WAIVER OF DETENTION HEARING** |
| | ) | **AND ORDER** |
| | ) | |

Jugoslav Vidic, the above-named defendant, accused of having violated United States Codes: 18:1546(a) Fraud and Misuse of Visas, Permits, and Other Documents; 18:1001(a)(2) False Statements to Law Enforcement, advised of the nature of the charge and of their rights, and under advice of counsel, waives their right to a detention hearing and consents that they be held without bail pursuant to Title 18 U.S.C., Section 3142 (e) and (i) but reserves the right to raise the issue of detention at a later date should circumstances change pursuant to 18 USC 3142 (f)(2)(B).

_____
Defendant

_____
Counsel for Defendant

**IT IS SO ORDERED.**

s/Jonathan D. Greenberg
_____
Jonathan D. Greenberg
United States Magistrate Judge