**Motion granted authorizing the services of an interpreter. Interpreter's fees shall not exceed the statutory maximum amount. IT IS SO ORDERED.**
s/*David A. Ruiz*
U.S. District Judge
11/24/2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 1:23-CR-00017 |
| Plaintiff, | : | |
| | : | JUDGE DAVID A. RUIZ |
| v. | : | |
| | : | **ORDER REGARDING** |
| JUGOSLAV VIDIC, | : | **DEFENDANT'S MOTION FOR** |
| | : | **AUTHORIZATION FOR CRIMINAL** |
| Defendant. | : | **JUSTICE ACT FUNDING FOR** |
| | : | **TRANSLATOR** |

Now comes Defendant, JUGOSLAV VIDIC, by and through his undersigned counsel, and moves this Honorable Court for an order authorizing counsel to obtain the services of a Serbo-Croatian language interpreter/translator to assist counsel in adequately representing his client.

In support of this motion, Defendant shows the following: This case involves violation of 18 U.S.C. Section 1546(a) Fraud and Misuse of Visas, Permits, and other Documents and 18 U.S.C. Section 1001(a)(2) False Statements to Law Enforcement. Defendant is indigent and financially unable to obtain the services requested. Counsel was appointed under the Criminal Justice Act. Defendant is Serbo-Croatian speaking with a very limited comprehension of the English language. The services of a translator are necessary to enable Defendant and counsel to communicate effectively, to review court documents, to review materials received in discovery, and to review and understand plea offers and/or prepare for trial. In addition, it will be necessary for the translator to accompany counsel when he is visiting his client at his place of detention.

Finally, Defendant says that the services of an interpreter/translator are necessary to ensure his rights under the Sixth Amendment to the effective assistance of counsel and to prepare a defense to due process and a fair trial under the Fifth Amendment. *See Ake v. Oklahoma,* 470 U.S.

68, 83 (1985)(holding that the Defendant is entitled to "participate meaningfully in a judicial proceeding in which his liberty is at stake" and to have "access to the raw materials integral to the building of an effective defense.")

Counsel seeks appointment of Zlatko Sukalic, Serbo-Croatian interpreter, H-I Translation and Interpreting, Cleveland, Ohio. *See* Exhibit A. He has agreed to work for the CJA rate.

**WHEREFORE**, based upon the foregoing, Defendant respectfully requests this Honorable Court authorize funds for an interpreter.

                          Respectfully submitted,

                          /s/ Daniel J. Misiewicz
                          DANIEL J. MISIEWICZ (0078106)
                          323 West Lakeside Avenue, Suite 200
                          Cleveland, Ohio 44113
                          Phone: (216) 319-5657
                          Fax:   (216) 456-8289
                          Email: daniel@djmlawoffices.com

                          Counsel for Jugoslav Vidic