UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 1:23CR00017 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| JUGOSLAV VIDIC, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S NOTICE OF INTENT**
**TO REQUEST ORDER OF JUDICIAL REMOVAL**

Notice is hereby given to Defendant Jugoslav Vidic (the defendant) and to his attorney of record, Daniel J. Misiewicz, that, consistent with his agreement with the United States, upon the conviction and sentencing of the defendant for a violation of 18 U.S.C. § 1546(a), the United States shall request that the Court issue an Order of Judicial Removal against the defendant pursuant to Section 238(c) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1228(c).

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By: /s/ Matthew W. Shepherd
Matthew W. Shepherd (OH: 0074056)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3859
(216) 522-7358 (facsimile)
Matthew.Shepherd@usdoj.gov